Our second case this morning is number 4-13-0842 Property Casualty Insurers Association of America versus Quinn et al For the appellant is Stephen Ward. You are he sir and for the appellee John Schmidt you are he. Mr. Ward you may proceed sir May it please the court. Council. Council. The honors This case comes before the court on an interpretation of the statute The key to this entire case is that statute the the fact the most important part of That triggers everything in the statute is the fact that the money Was private money the issue is whether private money or public money the the the fact this is public money You don't have any case do you? I think that is dispositive your honor. I do think that's dispositive and If we if we look at the statute, I think it becomes clear That this is not public money the statute Traces the money from the very beginning to the very end in the trust fund the At the beginning the money is The insurers who are the members of the plaintiff? Association Deposit the money Directly into the trust fund. This is not and the reason I make that specific point is that other Cases involving the Budget Implementation Act Have have gone to the Supreme Court and I and we think that those that that case the abate case is completely different from this case based partly on the fact that that money was registration and licensing fees Deposited with the Secretary of State given to the Secretary of State Secretary of State then puts it in that account that is registration and licensing fees, I think are clearly public funds and That is a big reason why a bait should not should not be followed by this court Here No, it doesn't the The the fact that it is Revenue of a of a private company is not and and deposited directly it may I think I think the The Difference there I think is the fact that This is private money. This is this is raised by the insurers. It is not raised by the state And and so the fact that it is as a as a result of private transactions between the insurer insurers and the In people insured Makes it private money and and I think if we follow the to go a little farther if we follow the statute From the very beginning once it is deposited There are a lot of protections That are afforded that money First of all, we think it never becomes state money from the very beginning of being deposited To the very end it never becomes state money. Why do we think that let's look at the statute we have after the deposit It is deposited into the trust fund at that point It is not considered general revenue of the state by the statute it is also gives a statute gives the insurance companies insurers a Private interest in that money Which cannot be changed or extinguished Retroactively and that is also from the statute now In that well to go on even further the statute that isn't that presupposing that you have an interest To begin with the money in other words to some extent Your argument seems to be subsequent Sessions of the General Assembly or even the same session of the General Assembly can't change the policy that sets forth That it has set forth and by passing some bit of legislation the governor signing it But there's no way the General Assembly can bind subsequent Sessions or even itself by passing legislation. I mean they can always undo it They can always change it the only limitation upon what the General Assembly does is what the Constitution prohibits isn't that correct? I think that is correct and and because of that the the argument of Well this this was never Amended by reference as is one of the arguments in this case That never happened because of that your honor because of that because I'm not sure I understand Okay, it was never amended what by reference which is the argument of the defendants that that the Budget Implementation Act amended the our act that the theft Prevention Act by reference Is An amendment by reference why can't the fact that the budget implementation act took place isn't that sufficient? No, I don't think it is your honor because I think the more egregious the the problem The more specific the amended act must be now in this in this instance we are saying that the As applied to us This the the budget implementation acts are unconstitutional the reason is That the act itself says it cannot be amended retroactively more to Justice Steinman's point change their mind. Why can't they just say you know we said we can't amend it retroactively There's a new piece of legislation says forget about that, but they can't they can Amend it the thing that they can't do is change the property interest Retroactively and let me explain that even further The reason I'm sorry No and no your honor I the That you're talking about section 8g, which is the wrapping up of the fund that that and that Section says at that point the money goes back to them even the assets of the council are liquidated and it all goes back to them but before that Actually, it's section 8f is the one that gives the the property interest to the insurers Now let me I think I think what what we need to talk about here is in under what circumstances can it be amended I think it can be amended. I don't think it can be amended after the deposit of the money What could let me let me tell you exactly what I mean what that what they could do is say Give a date and say the next time you know next next year or whatever date it is the next deposit of money Changes and it becomes the the money of the state. I think that can be done But that's not what happened here here. The money had already been deposited The the money did not change character From the time it was deposited until the time it was taken The only time that that that that can happen is if it's amended in the way that I That I have just said So so it's not a prevention of being amended It's the timing of the amendment. They can't you can't as as your honor said you can't hogtie and a subsequent General Assembly so Can this be amended yes in this circumstance was it done properly No, the plaintiff wouldn't have any argument here if Every penny in that trust fund had been used for purposes that are itemized within the act That I think that's correct that they don't have any interest Any ability to control how the money is spent? At least for purposes that are spelled out in the act, so you would you well the council does your honor that the The council is the one that determines who gets the money and when and And all of that is not dictated by the state which I I'm putting that in there your honor because I agree with with you in that If the money's gone The money's gone if it's done Pursuant to the act if it's if it's spent pursuant to the act. I agree with your honor You're if I read your brief correctly Seems to me the import of it is this section F that deals with Unexpended money, that's where you really find that the most traction in terms of identifying a property interest For your client here for the plaintiff that unexpended money And then you indicate in your reply believe your reply reply brief Unexpended money is money that has not yet been spent money Deposited into the fund that is not yet withdrawn and used for purposes set out in the act is unexpended So if I understand you correctly it would have to be only for those purposes spelled out in the act for it to be Unexpended money, I think that's correct. Okay, and is there any authority to to support that proposition Well, the the only authority would be the act itself the act the act itself wasn't right there let me ask you this question Could the legislature Have changed the purposes for which the money could be spent I Think it might depend on what what purposes because I think I And are you and as your honor talking about the money that's already been deposited? Yes. Okay I think it depends. I want to broaden its use for this anti-theft whatever Yeah, I think if it if it is Well, if they want to squander money on the Illinois State's Attorney's Association to hire better prosecutors go after these criminals Not as to the money deposited I think that the money is there the would be constitutionally prohibited from Broadening the scope of what one General Assembly said the money could be used for. I But again the time inhibited then they could do it But it's the timing it what I don't understand the timing. Okay, I think I think that the the timing issue that I'm talking about refers to the whether the money has been deposited has to do with the money in the fund and and Anything that it has not yet been deposited. I Change but when the statute was originally written what limitations if any were there upon the legislature and describing the use of the money to be deposited in the fund Wouldn't be correct to say nothing I'm not sure. I understand when the statute was originally written My my point is there are no limitations imposed on the legislature regarding Specifying how the funds could be used that were collected, isn't that correct? I think that's correct. Okay Subsequently you're telling me. However that having decided the funds could be used for purposes a through G That the legislature would not be permitted to add purpose H I think that if the If The purpose was for The well Here's what I'm going to answer that. No, I don't I don't think because I think I Mean, I think it can be changed. I'm not I'm not arguing that it can't be changed. Well, you seem to be arguing It can't be changed Yeah, yeah, no, no what what I'm saying is that if they wanted to change the purposes for which it was Being used. I think I think that's possible. But I think that all that all of the rights under the act Including the purposes for which it is used Kick in upon deposit of that money So I'm so I'm not saying so what I'm saying is can they change it? Yes, you can't hogtie a General Assembly from year to year so they could say we're gonna add money for Prosecutors, that would be okay. I think they can depending on the timing. Yeah, I think they can you say Well for defending on the timing. I'm still not okay understand. Okay. Okay that qualification is due to It's due to the act once once the once the money is deposited into the trust fund it has It can't be touched By the by anybody but the council It can be changed the following year Prior to the deposit of the money. I think that the money has a lot of Protections Under the act once it is Once it is deposited you cite the shell oil company case Yeah, as if that were very supportive, but I don't understand why it's supportive at all. This is a wasn't this Challenging a tax assessment and isn't the money that was put up there essentially like an escrow account where Joe Oil Essentially shell said this tax is no good We understand we have to pay it subject to our challenge and here it is And if we win our challenge we get it all back if we don't the state gets it How is that at all remotely similar to this situation in this way? the the shell oil company case was cited because of Because of an argument that if it's in the state Treasury, it's our money Shell oil company case the protect tax protest fund was in or is in still I assume the state Treasury And Even though it was in the state Treasury that money did not belong to the state Well, so essentially assigning citing the shell oil company Kate to rebut an argument that might be made Which is clearly an overstatement because it doesn't apply to tax challenges that any money in the oil Any money in the state Treasury belongs to the state? That's not what we got here. This is no tax challenge This is not an escrow situation. This is not this is not a tax challenge The the tax protest fund is a trust fund the money Put in is private money This in our situation in in this case the money put in is private money the The It is being held it is in the state Treasury, well, that's what the state That's what the access my clients are being Essentially assess this money by the state. It's not as if they're volunteers. Is it revenue to the state? It is not revenue. It is not revenue. How do we know that? We know that because The Act says it and let and let me let me let me point something out here We're trying to interpret the statute. You can't add in any other Exceptions any other words any other anything? It's a it's an interpretation of statute statute says That the money in the fund is not to be considered general revenue of the state The statute says the money in the fund Let's assume they said, you know what we said about that stuff that's a mistake is our money That's the next bill That's an effect if they're out with that if that's the next bill And it doesn't include the money deposited. Yes. I agree with your honor. I Agree with your honor once that money is in there. See this whole thing. It was taken from the fund That's that's the that's the point here It is taken from the fund if if the legislature wants to change the act Before the next deposit, I Think it can do that property right in the money because it said it's not public funds, but they didn't have to say that And had they didn't Well, I would argue it wouldn't be but but I think Because it's private money because because the money the money coming in is private money money in that in that in that trust fund comes from Private companies and it is private money Your time is up counsel. Okay. Thank you to address this again. Thank you. You're on Thank You counts. Mr. Schmidt Thank you, your honor and may it please the court council council, um, my name is John Schmidt I'm an assistant attorney general for the state and I'm here on behalf of the governor and several of the other state defendants Asking for affirmance of the circuit courts grant if you want to keep the money It ain't their money anymore Well, our point actually is it never was that they did have a Resolution of the fund and the council but neither of those things have happened So and that's the only circumstance Where they would be entitled to a return of the money does the act itself? describe or attempt to term the money as a fee as an assessment To where it would be clear as to whether or not this was private money or public money I don't believe the act really describes it as a fee or an assessment then perhaps I'll turn to the portion of the act seems to me it just Read it reiterates the word money throughout. I believe that's correct. Your honor No, I think it is in the nature of a fee or an assessment a one-dollar charge on every auto liability Policy that's sold in the state, but the word is not used the word fee is not used and the other point on which the Association and the state disagree is Whether this is public or private money this is money that the General Assembly Has authorized a public body to use For a public purpose and the General Assembly also created that public body the council to spend that money it's true that The activities of the council the use of that money does benefit the insurers But it has a much broader public benefit to in terms of preventing motor vehicle theft We cited several cases that define what public money is and it's defined very broadly The ERH case that we cite in our brief Says that special funds like this Are public funds and we think under the circumstances of this case where again The legislature has authorized the council to use this money For public purposes It's public money. It can become private money but only if the contingencies we've talked about or that I've talked about happen if the council is dissolved if the fund itself is dissolved and Even in those circumstances, I suppose there would be the chance that there would be no money that the council would Spend it all Are there comparable acts? Comparable trust funds within the state of Illinois That we can look to to see how it's been handled Comparable language to section F where they're talking about the disposition of unexpended funds in a trust fund There is this unique. I think it is unique your honor. I haven't been able to find Similar funds or funds where there's language similar to section 8 out So, yes, I think I think that language is unique But I think if F and G are read together Yes F does say there's a private property interest in the unexpended money, but then G goes on to define What that interest is and that interest would only kick in again upon the events I've talked about dissolution of the fund itself or of the council and the Supreme Court's when it's Discussed what vested rights are in the Armstead case. They talk about rights that are fixed in immediate or Rights that are complete and unconditional and that's simply Not the case here Any Right that the Insurers would have to this money is indeed conditional. It's would not be complete so our position is the money is public money And That there are no vested rights and no Contractual rights at this point. I have a question counsel about the procedural history of this case. Sure in May 2006 the plaintiff filed a multi-count complaint for declaratory judgment and In July 2006 the defendants filed a motion to dismiss under 2 6 15 saying that the plaintiffs failed the state of cause of action and Lack standing though, maybe I mischaracterized it. Was it a 2 6 15 and 2 6 19? It's probably joint motion because standing would be a 2 6 19 motion. I'm recalling that it was a joint motion. Okay but the 2 6 15 portion would be that plaintiff failed to state a cause of action That was denied and then in August 2007 plaintiff filed motion for summary judgment and subsequently There was a motion filed by the defendant for summary judgment as well Finally in Last year August 2013 the trial court Granted summary judgment, but in doing so did so in part on the basis of The plaintiff's lack of standard. We got that, correct? Yes, that was a part of it. Okay, so here's my question Yeah, are there are there any procedural problems with the fact that the trial court Granted or denied the motion to dismiss based on plaintiff's lack of standing in 2006 when it rejected the 2 6 19 motion to dismiss and subsequently When it granted the defendant's motion for summary judgment on the basis of standing apparently reversing its position and adopting a Position that wasn't asserted by the defendants in support of their motion for summary judgment We got that, correct? I'm not clear on the position that wasn't asserted Well, I don't think your motion for summary judgment included as a ground that they had no stand. I think that's right your honor But that's the basis With regard to the standing question one you lost that argument seven years earlier on a motion to dismiss and two You didn't raise it, but the trial court apparently sudo sponte Finds no standing and granting your motion to for summary judgment the least in part. Is that right? That that's correct your honor. That's what the court did any problems with all of this I think there would be a big problem if the trial courts order was Premised if it's grant of summary judgment judgment was premised only on standing What would that problem be? I Think the problem would be we had not argued it on Summary judgment as your honor pointed out and I believe standing in, Illinois is something that is Wavable or forfeitable in other words if it's not argued by the party Well, would we be committing error if we thought that the trial court standing analysis was sound? And wanted to affirm on the basis of standing. I the court's conclusion that The plaintiffs had no standing because this was not private money I Think There are some associational standing principles That the trial court didn't take into account here So this is a thought that the trial court sue esponte change its mind and the standing question without telling anybody No, I don't think the trial court. No, I don't think so. Your honor and we have not really argued standing in our brief We've raised Different arguments, so that'd be a double error for the trial court to do it sue esponte and then for us to affirm as well On that ground. I think it could And we have and again wouldn't the trial court also Reached the conclusions that we're We're stating in our brief the trial court After saying there was no standing did taken and undertaken analysis of each of the constitutional claims and other claims That the Association raised and on the merits Stated that the state was entitled to judgment as a matter of law, and that's the analysis That's that would be our position the state referred or the court referred to standing did it not oh it certainly did your honor Yes, I believe they do have standing under associational standing principles, what does that mean It Associational standing allows an organization to Assert claims on behalf of the its members basically if The members would all have very similar Claims there would be no need to have them pursue the claims on an individual basis and the association Is an adequate representative, and I think they're in what extent does your motion? To dismiss on the 2619 back in August of 2006 on the ground of plaintiffs not having standing to what extent Has that been forfeited by not raising it in your motion for summary judgment? Are you required to do it again to even though the trial court once rejected it? I Think most likely we would be required to continue right about it's better practice Oh, certainly, it's better practice, but it have is does it constitute a forfeited? argument For to put it another way are all these matters still interlocutory rulings by the trial court subject to its Review which looks like maybe the trial court didn't put it this way, but it looks like the trial court's respond to reconsidered. It's standing Ruling did it not it? Yes, it did and seven years after the fact said, you know I don't want to I was having a bad hair day. I don't know what happened with the standing stuff Well, I think one thing that one thing that is responsible for the delay is I think the parties agreed That The circuit court should await this courts and then the Illinois Supreme Court's decision in the abate case Although abate itself was not premised Yeah, I and by the way by referring to the delay I didn't mean to criticize the parties because I understood the they weren't right, but I was more It just strikes me as peculiar that the court Literally, so a spot day since your motion for summary judgment did not raise standing I Decided that as a basis and One that You seem reluctant to embrace before us. Yes. No, and I'm not embracing it before you. I am you know, I think I would embrace the remainder of the trial courts decision and reasoning but not on standing I think the Association members well as a matter of technical pleading it does that mean It's been abandoned even though you raised standing the first time in your motion to dismiss that when you move for summary judgment You have to do it again, or it's abandoned Again dealing not a better practice. Okay, the better practice I think to avoid Some busybody judge raising questions like I am now would have been to have done it, but I mean as a matter Technical forfeiture law have you abandoned it from the context of the motion for summary judgment? I'm honestly not sure I'm that one. I'm inclined to say well, the good news is mr. Ward will have her but all I'm sure He'll be able to provide Insight into this whole matter. Yeah, and I and that he will probably have a more affirmative Then I have So are you saying that You're assuming that those individual members of the Association. They have an interest a vested interest in these funds Therefore they would be able to make a claim and so the Association can make that claim on their behalf. Well Almost I'm not saying that they have a vested interest in the in the funds, but they are asserting one And I think the fact that they're asserting one would give them standing and then the Association Would have standing to act on their behalf Well to be more clear Yeah I think your motion to dismiss a lack of standing originally made was based upon the fact that if this isn't public If this is public funding they have no standing to raise this claim That I think that's right. That is what it was based. So how would associational? principles address that at all I Don't think I don't think associational principles would address that part of it And your argument still is if I understand correctly This is public money. It's not theirs It is but I think because they are Asserting that it is private money That They would have that would have standing to at least make that assertion and then if it falls it falls on the merits but I can see your honor's point where And I think if that point is correct, I think if the fact that it's public money deprives them of standing then Standing and the merits are pretty much inextricably intertwined It isn't that part and parcel of the trial courts determination of standing doesn't the trial court first make a determination As to whether it's private versus public funds But if the trial court determines it's public funds can say no standing I don't have dismissal that's and it sounds like that's what the trial court did Indeed I suspect that's what you first argued isn't it? Yes. Were you the trial counsel as well? No No, I was not And I think because we had not actually raised Standing in our motion for summary judgment. I was more comfortable Arguing the merits here And I do believe You know that we For the reasons that I've mentioned that we do have a strong case that this is public money and there were no vested rights in play here because Because the council and the fund had not been dissolved and that's the only point at which the rights would vest and Another important point is and the Supreme Court stated this in a bait and it stated it in other cases There's no vested right in the continuation of the law The abate court said that It's presumed that law a law an existing law is a statement of current policy, but the abate court recognized that the legislature can change its mind and Certainly one legislature is not cannot find subsequent legislatures the abate court also Discussed constitutional problems that would exist if money that is public money ended up Being used for private purposes if and I think Council's argument comes close to saying this is a trust and the abate court said public money cannot Constitutionally be used to create a trust under the constitutional provision that says public money must be used for public purposes So For those reasons we would ask for affirmance of the circuit courts decision And if there are any questions, I'm saying then. Thank you counsel. Thank you very much here. Okay, mr. Ward rebuttal, sir Justice Harris mentioned or brought up the fact. Are there any other statutes? That are That they have the same types of things as our act at least I I took that to mean Yeah, I was what your honor was saying the Finance Act Does have a couple of sections in it? which directly address our act the Specifically Those sections say that normally if a If it is public money Normally any investment of that money any interest drawn on that money is deposited into the general revenue fund That I Think that's the section that specifically says except as to the vehicle theft act Which is our act? secondly The Finance Act also addresses Section what would be similar to section 8g and our act which is the the termination? Part and it it says that once a special fund is terminated The remaining money goes into the general revenue fund Our act says Not in our case And and in fact the Finance Act says unless it says so in an act and it's specifically in an act Then it will go into the general revenue fund both of those Indicate that this is not Public money. This is this is private money. Excuse me private money Because it exempts those rules as to public money With reference to our act to the to the theft the vehicle theft prevention Well, yeah, I it it does say it does say Unless it unless it says in an act Yes, yeah, I yeah that that's exactly what it says Also We didn't hear anything from from the defendant about any constitutional constitutional issue everything in the brief of the of the defendant Has to do with words such as ordinarily this would happen generally this is the case Nothing is discussed and and again During argument nothing was discussed about this act and and about why the Budget Implementation Act I Cannot constitutionally be applied to the plaintiff counsel. You heard the questions. I asked mr. Schmidt about standing Yes, the issues in this case What about that you have any thoughts you okay, okay here Standing is really hurdle number one. I think in any in any lawsuit I think that the fact that no what I mean is if there's no standing there's nothing you lose I was a little confused That the standing part of the order was on page nine of a nine-page order That's that should be the first issue is is there is there standing or isn't there state? Do we have a right to bring a lawsuit or don't we have reflective of the trial courts conclusion that this is public funds? Therefore you are most standing complain about I think that may be I think that may be because that's the only way I was a But that seems to be a reasonable Interpretation of what the court was saying I I think I any problem with the court resurrecting the standing issue from seven years earlier and doing it I do but but I think that It's it's an obligation of the court To in the first instance decide whether there is standing. It's So I so I think but what I the problem that I have is that was not an issue at the time of the hearing on the motions And nothing was said about it Ever your time is up counsel. Okay. Thank you your honor take this man down advisement be in recess